April 25, 2023.

Honorable Judge, James C. Dever III.
United States Courthouse
310 New Bern Ave
Raleigh, NC 27601

Dear Judge Dever:

    I have known Majd Hatu for close to 19 years now. I was shocked to say the least when I came across Majd's recent troubles in court as he has always been a kind and genuine person. It is for this reason that I did not hesitate to write this letter for Majd Hatu and to assist him anyway I can.

    Majd Hatu has always been an upright character when it comes to meeting anyone he encounters. Every interaction with Majd Hatu will leave a good impression as he is always kind, funny, smart and a bit of a conversationalist. When I lost my job two years ago, he made sure to check up on me whether it comes to having a roof over my head, having food in my stomach, or just making sure I was okay mentally. I was going through a bit of depression that he helped me overcome with very encouraging advice until I got back on my feet, and for that I will never be able to repay him. He has truly showed me that humanity hasn't failed just yet.

    In addition to being a great friend to me, he always goes above and beyond when it comes to helping people in need. I've seen him pay for people's food, gas, shelter, and just be there for people as well when they need it the most. He doesn't discriminate against anyone that needs help, if someone asks then he will do what he can to help.

    While it is unfortunate that he has made some bad decisions, thus him being a defendant in this case, I know he can bounce back and make amends with the mistakes he has made. I know that he will take full responsibility for his actions and from that he will emerge a better person. I pray that the court will take this letter into consideration at the time of sentencing. Despite the case he is facing, I still acknowledge Majd Hatu as a honorable individual and a valuable member of the community.

Sincerely yours,

*Ahmad Kasem* -dt

Ahmad Kasem

(252) 544-7979