UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Majd Faraj Hatu**                                  **Docket No. 5:21-CR-394-26D**

### Petition for Action on Probation

COMES NOW Danele N. Williams, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Majd Faraj Hatu, who, upon an earlier plea of guilty to Conspiracy to Commit Cigarette Trafficking, in violation of 18 U.S.C. §§ 371 and 2342(a), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on March 4, 2024, to 36 months probation under the conditions adopted by the court.

A Violation Report was filed on July 25, 2025, advising that on June 7, 2025, the defendant was charged with Assault by Strangulation and Simple Assault (25CR331882) in Wake County, North Carolina. Due to the circumstances of the alleged altercation, no formal action was taken to allow the charges to resolve at the state level. However, should further evidence arise, or the defendant be convicted of the allegations, the court would be updated with an alternative recommendation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 22, 2025, the defendant pled guilty to Simple Assault and was sentenced to 12 months unsupervised probation. After discussions with the defendant, it is recommended that a Cognitive Behavioral Therapy condition be added to assist him with addressing criminal thinking patterns and avoiding risky behavior in the future.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                              I declare under penalty of perjury that the foregoing
                                                    is true and correct.


/s/ Melissa K. Lunsmann                             /s/ Danele N. Williams
Melissa K. Lunsmann                                 Danele N. Williams
Supervising U.S. Probation Officer                  U.S. Probation Officer
                                                    310 New Bern Avenue, Room 610
                                                    Raleigh, NC 27601-1441
                                                    Phone: 919-861-8807
                                                    Executed On: January 8, 2026

**Majd Faraj Hatu**
**Docket No. 5:21-CR-394-26D**
**Petition For Action**
**Page 2**

### ORDER OF THE COURT

Considered and ordered this ___9___ day of ___January___, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge